Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax: (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for defendant
CSP HOSPITALITY LLC

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>CSP HOSPITALITY LLC, a California limited liability company dba Hampton Inn & Suites Indio,<br><br>　　　　　　Defendant. | Case No. 5:20-cv-02202-SP<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>**Date:　　January 12, 2021**<br>**Time:　　10 a.m.**<br>**Courtroom: 3, 3rd Fl.**<br><br>Hon. Sheri Pym |

Notice of Motion and Motion to Dismiss Complaint

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that on January 12, 2021, at 10 a.m. in Courtroom 3 of the Central District of California Federal Court, Defendant will and hereby does move this Court for an Order dismissing the Complaint for lack of standing and failure to state a claim, pursuant to Fed. R. Civ. P. 12(b)(1) and (6). This motion is brought on the grounds that THERESA BROOKE ("Plaintiff") lacks sufficient Article III standing to bring the claims asserted in the complaint under the Americans with Disabilities Act and fails to state a claim. Additionally, Plaintiff fails to allege sufficient facts to support standing under the Unruh Act claim and the Court should decline to decline to exercise jurisdiction.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of Pinank Bhakta, the Declaration of Philip Stillman, the Request for Judicial Notice and the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing, if any.

Respectfully Submitted,

STILLMAN & ASSOCIATES

Dated: December 9, 2020         By:_____
                                Philip H. Stillman, Esq.
                                Attorneys for defendant CSP HOSPITALITY LLC

# PROOF OF SERVICE

I, the undersigned, certify under penalty of perjury that on December 9, 2020 or as soon as possible thereafter, copies of the foregoing Motion to Dismiss, Memorandum of Points and Authorities, the Declaration of Pinank Bhakta, the Declaration of Philip Stillman, the Request for Judicial Notice and proposed Order were served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same.

By: /s/ *Philip H. Stillman*
Attorneys for CSP HOSPITALITY LLC