P. Kristofer Strojnik, SBN 242728
Law Offices of Peter Strojnik
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
602.510.9409 (tel.)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 5:20-cv-02202-JGB-SHK |
| Plaintiff, | **NOTICE OF APPEAL TO THE NINTH CIRCUIT COURT OF APPEALS** |
| vs. | |
| CSP HOSPITALITY LLC, a California limited liability company dba Hampton Inn & Suites Indio, | |
| Defendant. | |

Please take notice that Plaintiff Theresa Brooke appeals to the Ninth Circuit Court of Appeals. This appeal is made pursuant to 28 U.S.C. §1291 and Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order appealed is the Doc. 14 docket entry, which is a final order. The basis for this appeal is that the decision at Doc. 14 is contrary to established Ninth Circuit precedent.

RESPECTFULLY SUBMITTED this 3rd day of February, 2021.

/s/ P. Kristofer Strojnik
P. Kristofer Strojnik (242728)
Attorneys for Plaintiff